IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SOUTHERN DESIGN AND MECHANICAL, INC.                                                   PLAINTIFF

v.                                          Case No. 1:16-cv-1030

ELIZABETH KOENIG                                                                        DEFENDANT

## ORDER

Before the Court is a Motion to Dismiss filed by Plaintiff Southern Design and Mechanical, Inc. (ECF No. 11). Plaintiff has notified the Court that the matter has been resolved by the parties and moves to dismiss its case. Under Federal Rule of Civil Procedure 41(a)(2), the court may order plaintiff's action dismissed on terms that the Court considers proper.

Upon consideration, the Court finds that Plaintiff's Motion should be and hereby is **GRANTED**. This action is **DISMISSED WITH PREJUDICE**. If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the Court within thirty (30) days of the entry of this order.

The court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 21st day of July, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge